**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 14-1514**

DEBORAH A. DOOLEY,

        Plaintiff - Appellant,

     v.

MYLAN PHARMACEUTICALS, INC.,

        Defendant – Appellee,

    and

MYLAN INC.; MYLAN BERTEK PHARMACEUTICALS, INC.,

        Defendants.

Appeal from the United States District Court for the Northern District of West Virginia, at Clarksburg. Irene M. Keeley, District Judge. (1:13-cv-00001-IMK)

Submitted: October 1, 2014     Decided: December 16, 2014

Amended: December 17, 2014

Before DUNCAN and DIAZ, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Deborah A. Dooley, Appellant Pro Se. Larissa Cason Dean, James A. Walls, Joseph V. Schaeffer, SPILMAN, THOMAS & BATTLE, PLLC, Morgantown, West Virginia, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Deborah A. Dooley appeals the district court's orders and judgment granting summary judgment and dismissing her complaint. We have reviewed the record and find no reversible error. Accordingly, while we grant Dooley leave to proceed in forma pauperis, we affirm for the reasons stated by the district court. Dooley v. Mylan Pharm., Inc., No. 1:13-cv-00001-IMK (N.D.W. Va. Apr. 1, 2014; Apr. 30, 2014). We deny Dooley's motion for appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED